# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Theresa T. Bolton<br>　　　　　　　　__Debtor__ | CHAPTER 13<br><br>BKY. NO. 16-12382 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer for U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 2410

                                          Respectfully submitted,

                                          **/s/Joshua I. Goldman, Esquire**
                                          Joshua I. Goldman, Esquire
                                          Thomas Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406