# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 16-12382-JKF

THERESA T. BOLTON

7008 Reedland St.

Philadelphia, PA 19142-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    THERESA T. BOLTON

    7008 Reedland St.

    Philadelphia, PA 19142-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

Date: 10/18/2016                            /S/ William C. Miller
                                                                     _____
                                                                       William C. Miller, Esquire
                                                                       Chapter 13 Standing Trustee